UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 09-22563 -CIV-MORENO

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

HILDA MASSES,

    Defendant.
_____/

### ORDER GRANTING MOTION TO AMEND STATEMENT OF CLAIM

THIS CAUSE came before the Court upon Plaintiff's Motion to Amend Statement of Claim (**D.E. No. 6**), filed on **September 14, 2009**.

THE COURT has considered the motion and the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is GRANTED. Plaintiff's Complaint is hereby amended to reflect an amendment to Defendant's name from HILDA MASSES to HILDA MASSES a/k/a HILDA D. VILLA.

DONE AND ORDERED in Chambers at Miami, Florida, this ___ day of October, 2009.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies provided to:

Counsel of Record